United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 1, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 07-30117
_____

WEYERHAEUSER COMPANY,

                              Plaintiff-Appellant,

                    versus

    A.D. HINTON, L.L.C., et al.,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
Civil Action No. 06-CV-272

_____


Before REAVLEY, GARZA, AND DENNIS, Circuit Judges.


PER CURIAM:[*]

     Plaintiff-appellant Weyerhaeuser Company appeals from the

district court's judgment granting the motions for summary

judgment by defendants-appellees, denying Weyerhaeuser's cross-

motion for summary judgment, and dismissing Weyerhaeuser's

claims.  After considering the written and oral arguments of

the parties and the pertinent portions of the record compiled

_____

     [*]Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1

for this appeal, we affirm the judgment of the district court for the reasons assigned in the district court's Memorandum Ruling.

**AFFIRMED.**